PLATT & RISO, P.C.
40 Berlin Avenue
Stratford, NJ 08084
(856) 784-8500
Attorneys for Defendants, Charles Conway, Jennifer Conway and AC&K Irrigation, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| MICHAEL SONDRINI, | Camden Vicinage |
|---|---|
| Plaintiff, | Civil Action No. 1:17-cv-07972 (NLH/AMD) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CHARLES CONWAY, JENNIFER CONWAY and AC&K IRRIGATION, LLC, | |
| Defendants. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party.

PLATT & RISO, P.C.

By: _____
ERIC J. RISO, ESQUIRE
Attorney for Defendants

Dated: August 24, 2018

KARPF, KARPF & CERUTTI, P.C.

By: _____
ZACHARY J. ZAHNER, ESQUIRE
Attorney for Plaintiff

Dated: August 31, 2018

Ari Karpf, Esquire